**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CASE NO.: 2:16-cr-13 |
| JOSEPH A. MINCEY, | |
| Defendant. | |

**O R D E R**

Defendant Joseph Mincey ("Mr. Mincey") submitted a letter to the Court inquiring about whether he is still represented by his prior counsel, and, if not, whether he is represented by new counsel. Doc. 56. Mr. Mincey's counsel in this matter, Mr. Reid Zeh, was appointed to represent Mr. Mincey in this criminal case in accordance with the Criminal Justice Act (the "CJA"). Under the CJA, Mr. Zeh was appointed to represent Mr. Mincey from his initial appearance through appeal, if any Mr. Mincey pursued an appeal. 18 U.S.C. § 3006A(c). Mr. Mincey was convicted and sentenced in this matter in 2016 and 2017, respectively. Docs. 44, 49. The record in this matter shows that Mr. Mincey did not appeal his conviction or sentence. Therefore, the criminal proceedings have concluded, and Mr. Mincey is no longer represented by his appointed counsel, Mr. Zeh. Additionally, the Court has not appointed any other attorney to represent Mr. Mincey. If Mr. Mincey is requesting appointed counsel in this or some other proceeding, he must submit a motion making that request and should state the basis for any such request.

**SO ORDERED**, this 30th day of April, 2020.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA