# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

```
UNITED STATES OF AMERICA,     )
                              )
v.                            )    CR 216-013-1
                              )
JOSEPH A. MINCEY,             )
                              )
     Defendant.               )
```

### ORDER

Before the Court is Defendant Joseph Mincey's motion for early termination of supervised release. Dkt. No. 60. For the reasons below, his motion is **DENIED**.

### BACKGROUND

Pursuant to a written plea agreement, Defendant pleaded guilty to possession of cocaine and marijuana with intent to distribute (Count Six) and possession of firearms in furtherance of a drug trafficking crime (Count Seven). On January 23, 2017, the Court sentenced Defendant to twelve months' imprisonment as to Count Six and sixty months' imprisonment as to Count Seven, to be served consecutively, for a total term of seventy-two months' imprisonment, to be followed by three years of supervised release.

Defendant was released from Bureau of Prisons' custody on April 23, 2021. Defendant has served approximately fourteen

months of his thirty-six-month term of supervision and now moves the Court for early termination of same. Dkt. No. 60.

Since his release from Bureau of Prisons' custody, Defendant has passed all drug screens. However, Defendant has violated the terms of his release three times: on two occasions, he left the district without first obtaining permission from U.S. Probation, and he also failed to report for a drug screen as instructed. Additionally, as part of the underlying offense, Defendant was involved in several drug transactions of powder cocaine and was found to be in possession of marijuana, ultimately being attributed with the equivalent of 17.08 kilograms, and two loaded firearms were found under his mattress. Moreover, he has completed only fourteen months of his thirty-six-month supervision term.

Under 18 U.S.C. § 3583(e)(1), a "court may, after considering the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7) . . . terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and in the interests of justice."

The Court must carefully weigh a favorable adjustment to Defendant's supervision against his offenses of conviction. After consideration, the Court **DENIES** Defendant's motion. Dkt. No. 60.

**SO ORDERED** this 13 day of June, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA